JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BELIN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HSNI, LLC, a Delaware Limited Liability Company doing business as HOME SHOPPING NETWORK; DANIEL HODGE, an individual and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01999-DOC-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [ECF NO. 16]** |

On March 5, 2025 the Parties filed a joint stipulation to remand this Action to the Superior Court of California, Los Angeles County. (ECF No. 16.) The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Court remands the Action to the Superior Court of California, County of Los Angeles; and

2. All future dates and deadlines in this Action be hereby vacated.

IT IS SO ORDERED.

Dated: March 7, 2025

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE